IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BENJAMIN KOTULSKI**                                                  **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 1:04cv637LG-RHW**

**JO ANNE BARNHART,**                                      **DEFENDANT**
**COMMISSIONER OF SOCIAL SECURITY**

## JUDGMENT

This cause came on for hearing before the Court on the Commissioner's Motion to Dismiss [8-1], the issues having been duly heard and considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Commissioner's Motion to Dismiss [8-1] should be and is hereby **GRANTED.** The decision of the Commissioner is hereby affirmed and the above captioned cause is hereby dismissed.

**SO ORDERED AND ADJUDGED** this the 25th day of August, 2006.

                                               s/ *Louis Guirola, Jr.*
                                               LOUIS GUIROLA, JR.
                                               UNITED STATES DISTRICT JUDGE